UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA RAY JONES,<br><br>                Petitioner,<br><br>     v.<br><br>D.K. JOHNSON, Warden,<br><br>                Respondent. | Case No. 2:15-cv-01376-MWF (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, the Report and Recommendation ("R&R") of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the R&R to which Petitioner has objected, as well as Petitioner's additional Motion to consider newly discovered evidence. The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

///

IT IS THEREFORE ORDERED that the Motion for Leave to Amend the Fourth Amended Petition be DENIED, the Fourth Amended Petition be DENIED, and that Judgment be entered dismissing this action with prejudice.

Dated: April 3, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge