JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA RAY JONES,<br><br>                Petitioner,<br><br>    v.<br><br>D.K. JOHNSON, Warden,<br><br>                Respondent. | Case No. 2:15-cv-01376-MWF (SHK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 3, 2020

                                         MICHAEL W. FITZGERALD
                                         United States District Judge