UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA RAY JONES,<br><br>　　　　　　　　Petitioner,<br><br>　　　v.<br><br>RICHARD MONTES,[1] Warden,<br><br>　　　　　　　　Respondent. | Case No. 2:15-cv-01376-MWF (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Notice of Motion and Motion for Bail Pending Appeal ("Bail Motion"), the relevant records on file, the Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Petitioner.  The Court has engaged in de novo review of those portions of the R&R to which Petitioner has objected and the Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

---

[1] The Court notes that the Warden for the California Department of Corrections and Rehabilitation, California Institution for Women ("CIW") where Petitioner is incarcerated is now Richard Montes.  See CIW at https://www.cdcr.ca.gov/facility-locator/ciw/ (last accessed on Nov. 17, 2020).

1  IT IS THEREFORE ORDERED that the Bail Motion is **DENIED**.

3  Dated: November 19, 2020

   _____
   MICHAEL W. FITZGERALD
   United States District Judge